UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | MAG. 08-0169-EFB |
| v. | ) | |
| | ) | |
| VINCENT BAKER | ) | |

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
    (X) Ad Prosequendum                        ( ) Ad Testificandum

Name of Detainee: **VINCENT BAKER**
Detained at (custodian): **DEUEL VOCATIONAL INSTITUTION (DVI)**

Detainee is:     a.)     (X) charged in this district by:    ( ) Indictment    ( ) Information    (X) Complaint
                                         charging detainee with: **Felon in Possession of Firearm and Possession with the Intent to Distribute Crack**
       or     b.)     ( ) a witness not otherwise available by ordinary process of the Court

Detainee will:     a.)     ( ) return to the custody of detaining facility upon termination of proceedings
       or     b.)     (X) be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

*Appearance is necessary AUGUST 13, 2008 AT 2:00 P.M. in the Eastern District of California.*

Signature:                                  /s/ Richard J. Bender
Printed Name & Phone No:     AUSA RICHARD J. BENDER- (916) 554-2700
Attorney of Record for:               United States of America

## WRIT OF HABEAS CORPUS

    (X) Ad Prosequendum                        ( ) Ad Testificandum

     The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, VINCENT BARKER on AUGUST 13, 2008 at 2:00 p.m., and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Dated: July 25, 2008

_____
United States Magistrate Judge

Please provide the following, if known:

| | | |
|---|---|---|
| AKA(s) (if applicable): | Vincent Craig Baker | Male |
| Booking or CDC #: | H003544 and V073606 | DOB: **/**/1959 |
| Facility Address: | DEUEL VOCATIONAL INSTITUTION (DVI) | Race: B |
| | 23500 Kasson Road, Tracy, CA 95376 | FBI #: |
| Facility Phone: | (209)835-4141 | |
| Currently Incarcerated For: | Parole Violation | |

## RETURN OF SERVICE

Executed on _____      By: _____
                                                                                 (Signature)